| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph B. Jefferson<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7901<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Rosa C. Jefferson<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1847<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    13–21228–ABA | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph B. Jefferson                          Rosa C. Jefferson

6/7/17                                       **By the court:** Andrew B. Altenburg Jr.
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-21228-ABA
Joseph B. Jefferson                                                     Chapter 13
Rosa C. Jefferson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jun 07, 2017
                              Form ID: 3180W           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
```
db/jdb         +Joseph B. Jefferson,    Rosa C. Jefferson,    5140 Church Road,    Mount Laurel, NJ 08054-9606
cr             +BANK OF AMERICA, N.A.,    c/o Frenkel Lambert Weiss Weisman&Gordon,    80 Main Street,
                 Suite 460,   West Orange, NJ 07052-5414
cr             +BANK OF AMERICA, N.A. servicer for HSBC BANK USA,,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
acc            +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Road,    Suite 105B,   Voorhees, NJ 08043-4376
513951592      +Attorney General of the U.S.,    Dept. of Justice,    RE: Internal Revenue Service,
                 Constitution Ave & 10th Street NW,    Washington, DC 20530-0001
514747217      +Bank of America, NA,    Frenkel, Lambert, Weiss, Weisman & Gordo,    80 Main Street, Suite 460,
                 West Orange, NJ 07052-5414
514457480      +CAPITAL ONE, N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
513951602       Home Depot/CBSD,    P.O. Box 6033,   Hagerstown, MD 21747
514496591      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
514510814      +Wells Fargo Bank, N.A., AKA Wachovia Mortgage,    a division of Wells Fargo,
                 Attn: Bankruptcy Department,    MAC#   T7416-023,    4101 Wiseman Boulevard,
                 San Antonio, TX 78251-4200
513951613      +Wfhm,   4101 Wiseman Blvd # Mc-T,    San Antonio, TX 78251-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2017 22:33:42      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2017 22:33:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514267791       EDI: BECKLEE.COM Jun 07 2017 22:13:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
514154116       EDI: AIS.COM Jun 07 2017 22:13:00      American InfoSource LP as agent for,    TD Bank, USA,
                 PO Box 248866,   Oklahoma City, OK   73124-8866
513951591      +EDI: AMEREXPR.COM Jun 07 2017 22:13:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
513951595       EDI: BANKAMER.COM Jun 07 2017 22:13:00      Bank of America,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410
514739762      +EDI: BANKAMER.COM Jun 07 2017 22:13:00      BANK OF AMERICA, N.A.,    7105 Corporate Drive,
                 Plano, TX 75024-4100
513951593      +EDI: BANKAMER.COM Jun 07 2017 22:13:00      Bank of America,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
513951597       EDI: BANKAMER.COM Jun 07 2017 22:13:00      Bk Of Amer,    4060 Ogletown/Stanton Rd,
                 Newark, DE 19713
513951598      +EDI: CAPITALONE.COM Jun 07 2017 22:13:00      Cap One,    Po Box 5253,
                 Carol Stream, IL 60197-5253
513951599      +EDI: CHASE.COM Jun 07 2017 22:13:00      Chase,    Po Box 15298,   Wilmington, DE 19850-5298
513951605       EDI: IRS.COM Jun 07 2017 22:13:00      IRS,   1040 Waverly Drive,    Holtsville, NY 00501
514784385      +EDI: PRA.COM Jun 07 2017 22:13:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541,    PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
514784384      +EDI: PRA.COM Jun 07 2017 22:13:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
513951606       EDI: SEARS.COM Jun 07 2017 22:13:00      Sears/Cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
513951607      +EDI: CITICORP.COM Jun 07 2017 22:13:00      Shell/Citi,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
513951608      +EDI: WTRRNBANK.COM Jun 07 2017 22:13:00      Td Bank Usa/Targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
513951609      +EDI: CITICORP.COM Jun 07 2017 22:13:00      Thd/Cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
514187923      +EDI: WFFC.COM Jun 07 2017 22:13:00      Wells Fargo Card Services,    1 Home Campus,   3rd Floor,
                 Des Moines, IA 50328-0001
513951611       EDI: WFFC.COM Jun 07 2017 22:13:00      Wells Fargo Home Mortgage,    Correspondence,
                 P.O. Box  659558,   San Antonio, TX 78265-9558
513951612       EDI: WFFC.COM Jun 07 2017 22:13:00      Wfb Cd Svc,    Credit Bureau Dispute Resoluti,
                 Des Moines, IA 50306
514237912       EDI: ECAST.COM Jun 07 2017 22:13:00      eCAST Settlement Corporation, assignee,
                 of Chase Bank USA, N.A.,    POB 29262,   New York, NY 10087-9262
                                                                                              TOTAL: 22
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
514454575*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
513951596*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    4161 Piedmont Pkwy,   Greensboro, NC 27410)
513951594*     +Bank of America,    P.O. Box 5170,   Simi Valley, CA 93062-5170
513951600*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
513951601*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 07, 2017
                              Form ID: 3180W           Total Noticed: 33


             ***** BYPASSED RECIPIENTS (continued) *****
513951603*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    P.O. Box  21126,
                  Philadelphia, PA 19114)
513951604*       IRS,   Attn: Special Procedures,    P.O. Box  744,   Springfield, NJ 07081-0744
513951610*      +Thd/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
514237913*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                  New York, NY 10087-9262
514289060*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                  New York, NY 10087-9262
514289061*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                  New York, NY 10087-9262
514467184*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                  New York, NY 10087-9262
                                                                                TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. servicer for HSBC BANK USA,
               NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE
               LOAN TRUST, MORTGAGEPASS- THROUGH CERTIFICATES SERIES nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, asTrustee for the
               Holders of the Deutsche  Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through
               Certificates Series 2007-OA4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John  Hargrave    on behalf of Trustee John W. Hargrave john.hargrave@flastergreenberg.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              Joshua I. Goldman    on behalf of Creditor    HSBC Bank USA, National Association, asTrustee for
               the Holders of the Deutsche  Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through
               Certificates Series 2007-OA4 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
              Tudor Mihai Neagu    on behalf of Debtor Joseph B. Jefferson tudorescue@gmail.com,
               tudorescue2@gmail.com
              Tudor Mihai Neagu    on behalf of Joint Debtor Rosa C. Jefferson tudorescue@gmail.com,
               tudorescue2@gmail.com
              William M. E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 13
```